IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CESAR N. HERNANDEZ,

                                 Plaintiff,

v.

A. CONSTABLE, et al.,

                                Defendants.

Case No. 2:19-cv-02195-MCE-DB P

ORDER GRANTING APPLICATION TO MODIFY SCHEDULING ORDER

Defendants applied ex parte for an order to take plaintiff's deposition via remote video conference, with the plaintiff, the deposition reporter, and defense counsel in separate locations.

Good cause appearing, IT IS HEREBY ORDERED that defendants' application (ECF No. 35) is granted. Such deposition testimony shall be admissible to the same extent as if the deposition were taken in person.

Dated: October 13, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB/prisoner-civil rights/hern2195.p depo video