UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR N. HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. CONSTABLE, et al.,<br><br>　　　　Defendants. | No.  2:19-cv-2195 MCE DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se.  This case is proceeding on plaintiff's claims that defendants were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment.  In a document filed November 2, 2020, plaintiff states that he is moving to "suppress" the "Muslim oil" confiscated by defendant Constable.  However, plaintiff also states that he is seeking a copy of the lab analysis of the oil, a copy of a lock-up order, and a copy of a write-up.  (ECF No. 37.)  Defendants oppose the motion.  (ECF No. 40.)  They argue that, to the extent plaintiff is seeking discovery, it is too late to do so.  Discovery must have been served on the opposing party no later than September 30, 2020.  (See Discovery and Scheduling Order (ECF No. 32).)

This court agrees with defendants that even had plaintiff served the discovery on defendants as required, it would have been untimely.  Moreover, it appears that the discovery plaintiff seeks relates to claims made in his first amended complaint that he was denied due

1

1 process and equal protection when he was placed in administrative segregation.  This court found
2 plaintiff failed to state cognizable due process and equal protection claims.  Those claims were
3 dismissed from this action.  (<u>See</u> ECF Nos. 14, 22.)  This case is proceeding only on plaintiff's
4 claims that defendants were deliberately indifferent to his need for blood pressure medication.
5 (<u>See</u> ECF No. 14.)  Therefore, even if plaintiff's attempt to serve discovery was timely, that
6 discovery would be irrelevant to this action.

7     For the foregoing reasons, and good cause appearing, IT IS HEREBY ORDERED that
8 plaintiff's motion to suppress (ECF No. 37) is denied.

Dated:  December 23, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/hern2195.mtn to suppress or