UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR N. HERNANDEZ, | No. 2:19-cv-2195 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| A. CONSTABLE, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding pro se. On November 30, 2020, defendants moved to compel plaintiff to respond to their request for production of documents and interrogatories. Defendants also sought extensions of deadlines set out in the discovery and scheduling order. (ECF No. 42.) On December 1, 2020, this court granted plaintiff's motion for an extension of time to respond to defendants' request for admissions and interrogatories. (ECF No. 43.) Those responses were due December 30.

    Plaintiff has not filed an opposition to defendants' motion and it is not clear whether, considering the extension of time to respond to discovery, defendants' still seek to compel the discovery identified in their motion.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, defendants shall inform the court about the status of their motion to compel and whether they continue to seek an extension of any deadlines set out in the discovery and scheduling order.

Dated:  February 1, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/hern2195.mtc follow up