IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR N. HERNANDEZ,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>A. CONSTABLE, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:19-cv-02195-MCE-DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action. On February 22, 2021, defendants informed the court that they withdraw their motion to compel filed November 30, 2020. Also on February 22, defendants moved to extend the dispositive motion deadline by sixty days.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall modify the docket in this action to show that defendants' November 30, 2020 motion to compel (ECF No. 42) is withdrawn; and

////

////

////

////

2. Defendants' motion to modify the discovery and scheduling order and extend the dispositive motion deadline (ECF No. 48) is granted. The dispositive motion deadline is extended through April 13, 2021. In all other respects, the discovery and scheduling order is unchanged.

Dated: March 1, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/hern2195.dso eot