UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR N. HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. CONSTABLE, et al.,<br><br>　　　　Defendants. | No.  2:19-cv-2195 MCE DB P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  In an order filed March 2, 2021, this court extended the dispositive motion deadline through April 13, 2021.  (ECF No. 50.)  Later in March, plaintiff appealed the court's denial of his request for a default judgment.  That appeal stayed these proceedings.

　　　On April 19, the Court of Appeals dismissed plaintiff's appeal.  (ECF No. 56.)  Because this case is again active, this court will set a new dispositive motion deadline.

　　　Accordingly, IT IS HEREBY ORDERED that dispositive motions shall be filed by May 13, 2021.  In all other respects, the Discovery and Scheduling Order (ECF No. 32) is unchanged.

Dated:  April 21, 2021

DLB:9/DB/prisoner-civil rights/hern2195.dso eot(2)

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1