IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR N. HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>A. CONSTABLE, et al.,<br><br>Defendants. | Case No. 2:19-cv-02195-MCE-DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. Defendants have moved to extend the deadline to file dispositive motions.

Good cause appearing, IT IS HEREBY ORDERED that defendants' motion to modify the Discovery and Scheduling Order (ECF No. 59) is granted. Any dispositive motions must be filed by July 12, 2021. In all other respects, the Discovery and Scheduling Order is unchanged.

Dated: May 17, 2021

DLB:9/DB Prisoner Inbox/civil rights/R/hern2195.dso eot(2)

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE