IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR N. HERNANDEZ,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>A. CONSTABLE, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:19-cv-02195-MCE-DB P<br><br>ORDER |

Defendants seek a continuance of the dispositive motion deadline. This is defendants' third motion for an extension of that deadline. This court finds good cause for defendants' request. However, no further extension of time will be granted.

IT IS HEREBY ORDERED that defendants' motion to modify the Discovery and Scheduling Order (ECF No. 64) is granted. The dispositive motion deadline is extended through August 26, 2021. In all other respects, the Discovery and Scheduling Order remains the same.

DATED: July 14, 2021

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/civil rights/R/hern2195.dso eot(3)