UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR N. HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. CONSTABLE, et al.,<br><br>　　　　Defendants. | No.  2:19-cv-2195 MCE DB P<br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On May 27, 2021, the magistrate judge filed findings and recommendations, ECF No. 62, herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days.  Plaintiff timely filed objections to the findings and recommendations.  ECF No. 63.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. The findings and recommendations, ECF No. 62, filed May 27, 2021, are ADOPTED
IN FULL; and

2. Plaintiff's motion for reconsideration of the denial of a default judgment (ECF No. 61) is DENIED.

**IT IS SO ORDERED.**

**Dated:  July 21, 2021**

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE