IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR N. HERNANDEZ,<br><br>         Plaintiff,<br><br>    v.<br><br>A. CONSTABLE, et al.,<br><br>         Defendants. | Case No. 2:19-cv-02195-MCE-DB P<br><br>ORDER |

Good cause having been presented, defendants' motion to modify the discovery and scheduling order (ECF No. 70) is granted. It is HEREBY ORDERED that the dispositive motion deadline be extended by thirty days, until September 25, 2021.

Dated:  September 3, 2021

DLB:9
DB prisoner inbox/civil rights/R/hern2195.dso eot(3)

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE