UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR N. HERNANDEZ,<br><br>       Plaintiff,<br><br>  v.<br><br>A. CONSTABLE, et al.,<br><br>       Defendants. | No.  2:19-cv-2195 MCE DB P<br><br><br>ORDER |

Plaintiff has requested an extension of time to file and serve an opposition to defendants' motion for summary judgment. Good cause appearing, this motion will be granted. However, no further extension of time will be granted. IT IS HEREBY ORDERED that:

1. Plaintiff's motions for an extension of time (ECF Nos. 82 and 83) are granted; and

2. Plaintiff shall place his opposition in the mail on or before January 3, 2022. Any reply shall be filed and served in accordance with Local Rule 230(l).

Dated:  November 29, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/civil rights/R/hern2195.36opp(2)