UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR N. HERNANDEZ, | No. 2:19-cv-2195 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| A. CONSTABLE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 27, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections thereto were to be filed within thirty (30) days. ECF No. 95. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

///

1

1. The findings and recommendations filed April 27, 2022, ECF No. 95, are ADOPTED in full; and

2. Defendants' motion for summary judgment, ECF No. 76, is DENIED.

IT IS SO ORDERED.

Dated: August 4, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE