UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR N. HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. CONSTABLE, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-2195 MCE DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding with a civil rights action. Plaintiff alleges defendants were deliberately indifferent to his serious medical needs. On August 5, 2022, the court denied defendants' motion for summary judgment. Plaintiff has requested a settlement conference. This court will order defendants to respond to that request.

Accordingly, IT IS HEREBY ORDERED that within twenty days of the filed date of this order, defendants shall file a response to plaintiff's request for a settlement conference.

Dated: August 17, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB Prisoner Inbox/Civil Rights/R/hern2195.sett conf resp