UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR N. HERNANDEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>A. CONSTABLE, et al.,<br><br>   Defendants. | No. 2:19-cv-2195 DJC DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding with a civil rights action. Both parties have requested extensions of pretrial deadlines. This court finds good cause for plaintiff's timely request for an extension of the deadline to file his pretrial statement. Plaintiff's request will be granted. However, defendants filed a belated request for an extension of the deadline for expert disclosures, and for all the subsequent deadlines.

Within ten days of the filed date of this order, plaintiff shall file a response to defendants' request for an extension of the deadline for expert disclosures and all subsequent deadlines.

IT IS SO ORDERED.

Dated: December 11, 2023

DLB:9/DB Prisoner Inbox/Civil Rights/R/hern2195.pretrial sch eot(2)

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1