IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR N. HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. CONSTABLE, et al.,<br><br>　　　　　Defendants. | Case No. 2:19-cv-02195-DJC-DB<br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. In a Further Scheduling Order issued June 27, 2023, this court set deadlines of August 23, 2023 for disclosure of expert witnesses and September 23 for completion of any discovery regarding those experts. In addition, this court set a deadline of October 26 for plaintiff's pretrial statement and November 9 for defendants' statement. In August, this court granted defendants' request for extensions of those deadlines: October 10 for expert witness disclosures, November 9 for expert discovery, December 11 for plaintiff's pretrial statement, and December 29 for defendants' pretrial statement.

　　　　In a timely motion filed December 7, plaintiff sought a 45-day extension of the deadline for filing his pretrial statement. (ECF No. 117.) This court previously found good cause for plaintiff's request. (See ECF No. 119.) It will be granted.

1       On December 8, defendants filed a motion for an extension of the deadline for expert
2  disclosures and extensions of all subsequent deadlines. (ECF No. 118.) Defendants' counsel
3  states that due to an inadvertent calendaring error caused by the press of other work, he failed to
4  seek a timely extension of the deadline. Counsel also states that he will be on leave through early
5  January, during which time he will be unable to work on this case. Defendants request a deadline
6  of February 16, 2024 to disclose expert witnesses.

7       Defendants argue that they have diligently litigated this case and counsel asks that
8  defendants not be penalized for his excusable neglect. This court takes some issue with
9  defendants' characterization of their litigation of this case to date. First, this is not the first time
10 defendants' counsel has stated that a calendaring error caused a missed deadline. (See ECF No.
11 48.) Second, the record shows that defendants have not necessarily been diligent in litigating this
12 case. They were granted four extensions of the deadline for filing dispositive motions, giving
13 them over seven additional months to file their motion for summary judgment. (See ECF Nos.
14 50, 60, 65, 73.) In addition, while defendants' counsel states that he has attempted to retain an
15 expert, he does not explain what he has done to do so in the five months between the issuance of
16 the Further Scheduling Order and the filing of this motion for an extension of time. Finally, this
17 court must take into account the significant delay in defendants' motion – filed two months after
18 the deadline for expert witness disclosures.

19      Plaintiff opposes defendants' motion. Plaintiff simply argues that defendants have
20 previously filed late motions for extensions of time and that he will be prejudiced by this
21 additional delay. Though, plaintiff does not explain how he will suffer prejudice.

22      An examination of the docket shows that both defendants and plaintiff have been
23 responsible for delays in this case. This court also considers the fact plaintiff is requesting a
24 significant extension of time to file his pretrial statement and that any prejudice he will suffer by
25 providing defendants additional time is not great. Finally, the parties are put on notice that no
26 other extensions of time will be granted absent extraordinary circumstances.

27 ////

28 ////

Good cause appearing, IT IS HEREBY ORDERED that

1. Plaintiff's motion for an extension of time (ECF No. 117) is granted.

2. Defendants' motion for an extension of time (ECF No. 118) is granted in part.

3. The deadlines set out in the Further Scheduling Order are extended as follows:

    a. The deadline for identifying expert witness is extended to January 19, 2024;

    b. The deadline for service of discovery related to the expert disclosures is extended to February 19, 2024. Any responses to discovery must be served within fourteen days after service of the discovery.

    c. The deadline for plaintiff to file his pretrial statement is extended to March 19, 2024.

    d. The deadline for defendants to file their pretrial statement is extended to April 2, 2024.

    e. In all other respects the Further Scheduling Order is unchanged.

Dated: January 4, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/S/hern2195.fso eot(2)