IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CESAR N. HERNANDEZ,** | Case No. 2:19-cv-02195 DJC DB P |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **A. CONSTABLE, et al.,** | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Good cause having been shown, Defendants' request for a twenty-one-day extension of time to file their pretrial statement is granted. Defendants shall have until April 23, 2024, to file and serve their pretrial statement.

Dated:  March 22, 2024

DLB7
hern19cv2195.36pts

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:19-cv-02195-DJC-DB (PC))