UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR N. HERNANDEZ, | No. 2:19-cv-2195 DJC SCR P |
| Plaintiff, | |
| v. | ORDER |
| A. CONSTABLE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. In a document filed September 9, 2024, plaintiff asks the court to rule on a "prove up motion" he filed in November 2023. (ECF No. 134.) In his September 9 filing, plaintiff states that he wants defendants to settle this action because, as a matter of law, plaintiff will prevail at trial. In the "prove up motion" filed here on November 3, 2023, plaintiff asks the court for "an order finally approving the parties for settlement agreement." (ECF No. 116.) While plaintiff uses some language indicating he seeks a ruling on the merits, he also appears to be asking the court to hold a settlement conference.

To the extent plaintiff is asking for a ruling on the merits of his case, that request is denied. The time for filing dispositive motions closed on September 25, 2021. (See ECF No. 73.) If plaintiff's November 2023 motion is a motion on the merits, it is untimely. To the extent

////

1

plaintiff is seeking a settlement conference, in an order filed August 22, 2024, this court set a pretrial settlement conference for September 18, 2024.  (ECF No. 131.)

Accordingly, IT IS HEREBY ORDERED that

1. To the extent plaintiff's November 3, 2023 and September 9, 2024 filings (ECF Nos. 116, 134) seek a ruling on the merits of this case, those motions are denied as untimely.
2. To the extent plaintiff's November 3, 2023 and September 9, 2024 filings ask the court to schedule a settlement conference, those requests are mooted by court's August 22, 2024 order setting a settlement conference.

Dated: September 12, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE