UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CESAR N. HERNANDEZ

        Plaintiff,

v.

A. CONSTABLE, et al.,

        Defendants.

No. 2:19-cv-2195-DC-SCR

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Cesar N. Hernandez, CDCR # F-71763, a necessary and material witness in proceedings in this case on October 20, 2025, is confined in Valley State Prison (VSP), in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court before the Honorable Dena M. Coggins, 13th Floor, Courtroom 10, United States District Courthouse, 501 I Street, Sacramento, California on October 20, 2025, at 9:00 a.m.

    Accordingly, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a copy of this order and writ of habeas corpus ad testificandum via fax on the Litigation Office at Valley State Prison at (559) 665-8919 or via email, and a courtesy copy on the Out-To-Court Desk, California State Prison-Sacramento.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden, VSP, P.O. Box 99, Chowchilla, California 93610:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: August 26, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE