```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                  BEFORE THE HONORABLE DENA M. COGGINS
```

CESAR N. HERNANDEZ,                    No. 2:19-CV-02195-DC-SCR

      Plaintiff,                  **MINUTES**

  v.                                   Date: October 20, 2025

A. CONSTABLE, ET AL.,

      Defendants.
_____/

**Courtroom Deputy**:   C. Schultz

**Court Reporter**:   Kimberly Bennett

**Pro Se Plaintiff**:

Cesar Hernandez

**Counsel for Defendant J. Romary**:

Brian Chan
Connor Nordstrom

**JURY TRIAL (Day 1):**

- 9:55 a.m.  All parties present as noted above. Defendants Anthony Constable, Shon Sharma, and James Serwanga present. Outside the presence of the Prospective Jurors, the court and counsel discussed preliminary matters related to trial. For the reasons as stated on the record, the court denied Plaintiff's motion for default judgment filed at document number 173.

- 10:50 a.m. The court took a short recess to allow Prospective Jurors to report to the courtroom.

| | |
|---|---|
| 10:55 a.m. | Court back in session. All parties present. Outside the presence of the Prospective Jurors, the court and counsel further discussed preliminary matters related to trial. |
| 10:57 a.m. | Prospective Jurors present. Prospective Jurors sworn and voir dire began. |
| 12:05 p.m. | The court admonished and excused the Prospective Jurors for a lunch break. Outside the presence of the Prospective Jurors, the court and counsel discussed matters related to trial. |
| 12:10 p.m. | All parties excused for a lunch break. |
| 1:20 p.m. | Court back in session. All parties present. Outside the presence of the Prospective Jurors, the court and counsel discussed matters related to trial. |
| 1:28 p.m. | Prospective Juror #16 present. Outside the presence of the other Prospective Jurors, the court inquired of Juror #16. |
| 1:30 p.m. | All Prospective Jurors present. Voir dire continued. |
| 1:55 p.m. | Prospective Jurors passed for cause. The parties exercised their peremptory challenges. Prospective Jurors thanked and excused in accordance with the strike sheet. Jury sworn. |
| 2:00 p.m. | The court gave Preliminary Instructions to the Jury. |
| 2:15 p.m. | Plaintiff presented his opening statements. |
| 2:20 p.m. | Mr. Nordstrom presented Defendants' opening statements. |
| 2:30 p.m. | Plaintiff's witness, Arnel De Leon, was sworn and testified on direct. |
| 2:50 p.m. | Mr. Chan began cross/direct examination. |
| 3:04 p.m. | The court excused the Jury for an afternoon break. Outside the presence of the Jury, the court and counsel discussed matters related to trial. |
| 3:05 p.m. | The witness and all parties excused for an afternoon break. |

| | |
|---|---|
| 3:25 p.m. | Court back in session. All parties present. Witness present. Jury present. Mr. Chan continued his cross/direct examination of Plaintiff's witness, Arnel De Leon. |
| 4:18 p.m. | The court admonished and excused the Jury until 9:00 a.m. on October 21, 2025. The court excused the witness until 9:00 a.m. on October 21, 2025. Outside the presence of the witness and Jury, the court and counsel discussed matters related to trial. |
| 4:20 p.m. | All parties excused for the evening recess. Jury Trial (Day 2) set for October 21, 2025, at 9:00 a.m. |

**ADMITTED EXHIBITS**:

DX-B (Pages 31, 40, 66, 84 through 89, and 92)

**TIME IN COURT**: 4 Hours, 50 Minutes