**FILED**

OCT 23 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR N. HERNANDEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>A. CONSTABLE, ET AL.,<br><br>        Defendants. | No. 2:19-CV-02195-DC-SCR<br><br><br>**JURY COMMUNICATION** |

**REPLY FROM COURT TO NOTES RECEIVED ON OCTOBER 23, 2025 AT 1:11 P.M.**

Date sent to jury: October 23, 2025

Time sent to jury: 2:34 pm

**Response to Jurors' Question Nos. 1, 2, and 3 (received 1:11 p.m.):**

   The Court refers the jury to Instruction Number 4, Instruction Number 5, and Instruction Number 6 regarding the evidence you are to consider in deciding the facts. All admitted exhibits are contained in the exhibit binder in the jury room.

DATE: 10/23/25

_____
DENA M. COGGINS
UNITED STATES DISTRICT JUDGE

1