FILED

OCT 24 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR N. HERNANDEZ, | No. 2:19-CV-02195-DC-SCR |
| Plaintiff, | |
| v. | **JURY COMMUNICATION** |
| A. CONSTABLE, ET AL., | |
| Defendants. | |

**REPLY FROM COURT TO NOTES RECEIVED ON OCTOBER 23, 2025 AT 1:35 P.M.**

Date sent to jury: October 24, 2025

Time sent to jury: 9:15 a.m.

**Response to Jurors' Question No. 4 (received 1:35 p.m.):**

A serious medical need could, but does not necessarily, include previous medical conditions. The jury is to determine whether Plaintiff faced a serious medical need on or about March 9, 2018, prior to being placed in administrative segregation. To show he had a serious medical need, plaintiff must show that the failure to treat the condition could result in further significant injury or the unnecessary and wanton infliction of pain.

DATE: October 24, 2025

_____
DENA M. COGGINS
UNITED STATES DISTRICT JUDGE

1